IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN SEEFELDT,

        Plaintiff,                     No. CIV S-09-0554 FCD GGH P

    vs.

ARAMARK, INC.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 1, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed June 1, 2009, are adopted in full;

2. This action is stayed for six (6) months. Failure of plaintiff to update the court within that time will result in dismissal of this case.

DATED: July 31, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE