IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN SEEFELDT,

    Plaintiff,      No. CIV S-09-0554 FCD GGH P

    vs.

ARAMARK, INC.,

    Defendant.      <u>ORDER</u>

_____/

    Plaintiff, a county jail inmate proceeding pro se, has requested that this action be dismissed.

    Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within ten days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: October 6, 2009

    /s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
seef0554.59a