IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN SEEFELDT,

      Plaintiff,                    No. CIV S-09-0554 FCD GGH P

      vs.

ARAMARK, INC.,

      Defendant.                <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se with a complaint under 42 U.S.C. § 1983, has requested this action be dismissed. Defendants were directed to notify the court whether they have any objection to the dismissal of this action. Defendants have failed to respond which the court construes as defendants' acquiescence to dismissal. No responsive pleading has been filed as of yet.

      Accordingly, pursuant to the self-executing provisions of Fed. R. Civ. P. 41(a)(1), this action is dismissed, and the Clerk shall close the case.

Dated: December 8, 2009           /s/ Gregory G. Hollows
                                             U.S. MAGISTRATE JUDGE

seef0554.dism

1